**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02364-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

DWAYNE VAUGHN,

    Applicant,

v.

THERESA COZZA-RHODES,

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, in which he challenges six disciplinary proceedings, and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)        ___ is not submitted

(2)         ___         is missing affidavit
(3)         ___         is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)          X          is missing a certified account statement showing the current balance in Applicant's prison account
(5)         ___         is missing required financial information
(6)         ___         is missing an original signature by the prisoner
(7)         ___         is not on proper form (must use the Court's current form)
(8)         ___         names in caption do not match names in caption of complaint, petition or habeas application
(9)         ___         An original and a copy have not been received by the court.   Only an original has been received.
(10)        ___         other: Financial statement submitted is not current

**Complaint, Petition or Application**:

(11)        ___         is not submitted
(12)   ___   is not on proper form (must use a Court-approved form)
(13)   ___   is missing an original signature by Applicant
(14)        ___         is missing page nos. ____
(15)   ___   uses et al. instead of listing all parties in caption
(16)        ___         An original and a copy have not been received by the court.   Only an original has been received.
(17)        ___         Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)        ___         names in caption do not match names in text
(19)         X          other:   Applicant fails to identify the Incident Report Nos. he is challenging and how his due process rights were violated.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Applicant shall obtain the Court-approved form used in filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, along with the applicable instructions, at www.cod.uscourts.gov to be used in curing the noted deficiency.   It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action may be dismissed without further notice.

DATED October 26, 2015, at Denver, Colorado.

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge